UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.V.K.I.,<br><br>  Plaintiff,<br><br>v.<br><br>LELAND DUDEK,[1] Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:24-cv-01827-JLS-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

---

[1] Leland Dudek has been appointed the Acting Commissioner of Social Security.  Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as the Defendant in this suit.

1  IT IS THEREFORE ORDERED that the Social Security Commissioner's
2  decision is REVERSED and this case is REMANDED to the Social Security
3  Administration for further proceedings.
4  / / /
5  / / /
6  Dated: April 11, 2025

                HONORABLE JOSEPHINE L. STATON
                United States District Judge