JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

A.M.V.K.I.,

                         Plaintiff,

                v.

LELAND DUDEK,[1] Acting

Commissioner of Social Security,

                    Defendant.

Case No. 2:24-cv-01827-JLS-SHK

**JUDGMENT**

It is the judgment of this Court that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order Accepting Findings and Recommendation of United States Magistrate Judge.

DATED:  April 11, 2025

                    _____
                    HONORABLE JOSEPHINE L. STATON
                    United States District Judge

---

[1] Leland Dudek has been appointed the Acting Commissioner of Social Security.  Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as the Defendant in this suit.